UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WESLEY CARROLL,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )        Civil Action No. 09-0077 (UNA)
                                         )
DEPARTMENT OF THE NAVY,                  )
                                         )
            Defendant.                   )

## MEMORANDUM OPINION

Under the Prison Litigation Reform Act ("PLRA"), a prisoner may not proceed *in forma pauperis* if while incarcerated he has filed at least three prior cases that were dismissed as frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g); *see Ibrahim v. District of Columbia*, 463 F.3d 3, 6 (D.C. Cir. 2006); *Ibrahim v. District of Columbia*, 208 F.3d 1032, 1033 (D.C. Cir. 2000); *Smith v. District of Columbia*, 182 F.3d 25, 29 (D.C. Cir. 1999). There is an exception for a prisoner who shows that he "is under imminent danger of serious physical injury" at the time he files suit. 28 U.S.C. § 1915(g). Plaintiff is not eligible to proceed *in forma pauperis* because he has accumulated more than "three strikes" for purposes of the PLRA. *See, e.g., Carroll v. Clerk of Court*, No. 08-1684, 2009 WL 112546, at *1 (W.D. Pa. Jan. 15, 2009) (denying motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) and dismissing complaint without prejudice to re-filing after payment of the filing fee). Moreover, review of the complaint reveals that plaintiff brings this action against the Department of the Navy under the Freedom of Information Act, *see* 5 U.S.C. § 552, and nothing in the pleading suggests that plaintiff is in imminent danger of serious physical injury. Absent such an

4

allegation, plaintiff does not overcome the bar imposed by Section 1915(g).

Accordingly, the Court denies plaintiff's motion to proceed *in forma pauperis* and

dismisses this action under 28 U.S.C. § 1915(g).

United States District Judge

DATE: March 23, 2009